**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **VICTORIA GRIGGS,** | ) | **CASE NO. 1:05CV2669** |
| | ) | |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **MEMORANDUM OPINION** |
| **Commissioner of Social Security** | ) | **AND ORDER** |
| **Administration,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

This matter is before the Court upon the Motion to Re-Open Case filed by Plaintiff (Dkt. #16). Upon stipulation of the parties, on March 6, 2006, this administrative action was remanded to the Commissioner for an administrative law judge (ALJ) to review additional evidence. (Dkt. # 15). The ALJ entered a decision favorable to Plaintiff on July 27, 2007. (Dkt. # 16, Ex. A). Neither party has sought review of the ALJ's decision from the Appeals Council. Plaintiff now seeks to have the matter re-opened and for this Court to enter a final order and judgment adopting the ALJ's July 27, 2007, decision. Defendant has not opposed Plaintiff's motion.

Therefore, the motion is **GRANTED** and this matter is **RE-OPENED**. (Dkt. # 16). Furthermore, the Court hereby adopts the July 27, 2007, decision of the ALJ. **JUDGMENT**

is entered in favor of Plaintiff. An appropriate Judgment shall accompany this Memorandum Opinion and Order.

**IT IS SO ORDERED**.

                                           **s/ Peter C. Economus - February 5, 2008**
                                           **PETER C. ECONOMUS**
                                           **UNITED STATES DISTRICT JUDGE**